UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LaRhonda Shepard, on behalf of herself and others similarly situated,**

   Plaintiff,

v.    No. 4:23-cv-0760-P

**AC Disaster Consulting LLC,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's Order of Dismissal (ECF No. 5) entered on this same date:

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **14th day** of **August 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE